| | |
|---|---|
| 1 | Bryan S. Fairman (SBN 261087) |
| | bfairman@piteduncan.com |
| 2 | Parada K. Ornelas (SBN 272724) |
| | pkornelas@piteduncan.com |
| 3 | **PITE DUNCAN, LLP** |
| | 4375 Jutland Drive, Suite 200 |
| 4 | P.O. Box 17933 |
| | San Diego, CA 92177-0933 |
| 5 | Telephone: (858) 750-7600 |
| | Facsimile: (619) 590-1385 |

Attorneys for Movant
U.S. Bank National Association, as Trustee, for
CSFB Mortgage-Backed Trust Series 2005-3

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>TERESA DEGUZMAN DEVERA,<br><br>Debtor. | Case No. 10-49797-MEH<br><br>Chapter 13<br><br>R.S. No. BSF - 234<br><br>**MOTION FOR RELIEF FROM AUTOMATIC STAY**<br><br>**PROPERTY**:<br>5527 Hackney Court<br>Richmond, CA 94803<br><br>**Hearing**:<br>Date: January 31, 2014<br>Time: 10:00 am<br>Ctrm: 215 |

U.S. Bank National Association, as Trustee, for CSFB Mortgage-Backed Trust Series 2005-3 ("Movant")[1] will and hereby does move, pursuant to 11 U.S.C. § 362(d) and Rule 4001 of the Federal Rules of Bankruptcy Procedure, for an order terminating the automatic stay of 11 U.S.C. § 362(a) as it applies to Movant and the real property located at 5527 Hackney Court, Richmond, California 94803 ("Property").

/./././

/././

- 1 -   CASE NO. 10-49797-MEH
**MOTION FOR RELIEF FROM AUTOMATIC STAY**

Case: 10-49797   Doc# 76   Filed: 01/02/14   Entered: 01/02/14 13:02:26   Page 1 of 2

1      This Motion is based on the Notice of Motion for Relief from Automatic Stay, Memorandum of Points and Authorities in Support of Motion for Relief from Automatic Stay, and Declaration in Support of Motion for Relief from Automatic Stay filed concurrently herewith, the pleadings and papers on file herein, and upon such oral and documentary evidence as may be presented by the parties at the hearing.

PITE DUNCAN, LLP

Dated: January 2, 2014      /s/ _Bryan S. Fairman_
BRYAN S. FAIRMAN
Attorneys for Movant U.S. Bank National Association, as Trustee, for CSFB Mortgage-Backed Trust Series 2005-3